UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-62187

LUIS SIERRA,

    Plaintiff,

vs.

GROUP PROJECT I INC. d/b/a STAR
AMERICAN FOOD & DELI, and
SOUTHERN PETRO HOLDING LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, LUIS SIERRA, (hereinafter referred to as "Plaintiff") by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendants, GROUP PROJECT I INC. d/b/a STAR AMERICAN FOOD & DELI, and SOUTHERN PETRO HOLDING LLC (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request fifteen (15) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties fifteen (15) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

I certify that on February 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Notices of

Electronic Filing generated by CM/ECF.

                                        Respectfully submitted,

                                        **THE ADVOCACY GROUP**
                                        *Counsel for Plaintiff*
                                        (mailing address)
                                        5771 Johnson Street, Unit 3597
                                        Hollywood, FL 33083
                                        (physical address)
                                        333 La Olas Way, CU3, Suite 311
                                        Fort Lauderdale, FL 33301
                                        Telephone: (954) 282-1858
                                        Email: service@advocacypa.com

                                        _/s/ Jessica L. Kerr_____
                                        Jessica L. Kerr, Esq.
                                        Florida Bar No. 92810

                                        _/s/ Jaci R. Mattocks_____
                                        Jaci R. Mattocks, Esq.
                                        Florida Bar No. 115765