UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62187-CIV-DIMITROULEAS

LUIS SIERRA,

    Plaintiff,

v.

GROUP PROJECT I INC. d/b/a STAR AMERICAN
FOOD & DELI, and SOUTHERN PETRO HOLDING
LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Dismissal with Prejudice [DE 36] (the "Stipulation"), filed herein on February 22, 2017. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 36] is hereby **APPROVED**;

2. The above styled action is **DISMISSED with prejudice** with each party to bear its own attorneys' fees and costs except as otherwise agreed by the parties;

3. Though the parties request that the Court retain jurisdiction to enforce the settlement, the Court lacks the power to do so. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) ("[F]or a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) . . . **the parties must condition the effectiveness of the stipulation on the district court's entry of an order retaining**

1

**jurisdiction**."); and

4. The Clerk is directed to **CLOSE** this cause and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 22nd day of February, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record